**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

UNITED STATES OF AMERICA, :
:
v. : Case No. 1:26-mj-18-ALS
:
ROBERT W HAMILTON, :
:
Defendant. :

# ORDER

Before the Court is the Parties' Joint Motion to Continue Trial. (Doc. 19). The Parties ask the Court to continue the August 20, 2026 trial to "the next regularly scheduled term of Court" for the parties to engage in plea negotiations, review discovery, and ensure adequate preparation for trial. *Id*. The Joint Motion is **GRANTED**.

Pursuant to 18 U.S.C. 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for Defendant and Government the reasonable time necessary for effective preparation. The delay occasioned by this continuance shall be excluded from Speedy Trial Act computations in this case.

It is ordered that this case be continued to October 14, 2026, at 11:00 a.m., and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time.

The parties shall have until September 16, 2026, to file any pretrial motions. Any response shall be filed within fourteen (14) days and any reply within (7) days thereafter.

**SO ORDERED**, this 18th day of August, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE