**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 1:26-MJ-18-ALS** |
| | : | |
| **ROBERT W. HAMILTON** | : | **VIOLATION:** |
| | : | **50 U.S.C. § 797** |
| | : | |
| | : | |

## ORDER DISMISSING INFORMATION

Before the Court is the United States of America's Motion to Dismiss the Information against Defendant.

Having considered the motion and the reason presented therein, the Court finds that it is in the interests of justice to grant the government's motion.

Accordingly, and for good cause shown, the Court GRANTS the Motion to Dismiss the Information and hereby ORDERS that the Information against Defendant be DISMISSED.

SO ORDERED, this 16th day of October, 2026.

s/ ALFREDA L. SHEPPARD
UNITED STATES MAGISTRATE JUDGE